```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00224
    JOYCE ANN PENDLETON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-0980


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 01/07/2008 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/18/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00           .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE         .00           .00           .00
HARLEM FURNITURE           SECURED            750.00         22.90         97.20
SANTANDER CONSUMER USA     SECURED NOT I   21791.91           .00           .00
AFFILIATED FINANCIAL COR   UNSECURED        2979.25           .00        152.06
PORTFOLIO RECOVERY ASSOC   UNSECURED         628.09           .00         32.05
AMERICASH LOANS LLC        UNSECURED         934.00           .00         47.67
B-REAL LLC                 UNSECURED         910.71           .00         46.48
CALVARY PORTFOLIO SERVIC   UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         377.59           .00         19.27
COMCAST                    UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         349.94           .00         17.86
COMCAST                    UNSECURED       NOT FILED          .00           .00
INGALLS HEALTH SYSTEM      UNSECURED       NOT FILED          .00           .00
PREMIER BANKCARD           UNSECURED         349.94           .00         17.86
CHARTER ONE BANK           UNSECURED       NOT FILED          .00           .00
LEAK FUNERAL HOME          UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY         UNSECURED          68.55           .00           .00
RUSH PRESBYTERIAN EMERG    UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         218.00           .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED          .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         153.05           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00           .00
CRANDON EMERGENCY PHYSIC   UNSECURED       NOT FILED          .00           .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         550.32           .00         28.09
R&R COUNTRY                UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         263.49           .00           .00
CARE CENTERS INC           UNSECURED       NOT FILED          .00           .00
KNS FUNDING INC            UNSECURED       NOT FILED          .00           .00
TARGET                     UNSECURED       NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00224 JOYCE ANN PENDLETON
```

```
CITIMORTGAGE             UNSECURED      NOT FILED             .00            .00
WORLD FINANCIAL NETWORK  UNSECURED       5097.35              .00         260.16
US DEPARTMENT OF HOUSING SECURED NOT I   5826.64              .00            .00
ROBERT SNOWDEN           NOTICE ONLY    NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     10.50              .00          10.50
HARLEM FURNITURE         NOTICE ONLY    NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,500.00                         3,500.00
TOM VAUGHN               TRUSTEE                                           369.76
DEBTOR REFUND            REFUND                                          1,284.96

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             5,906.82

PRIORITY                                       10.50
SECURED                                        97.20
    INTEREST                                   22.90
UNSECURED                                     621.50
ADMINISTRATIVE                              3,500.00
TRUSTEE COMPENSATION                          369.76
DEBTOR REFUND                               1,284.96
                    ---------------        ---------------
TOTALS              5,906.82                5,906.82
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE